UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                                                :

MARIA MATOS,                                   :

                                    :

                Plaintiff,              :

                                    :             22 Civ. 9522 (JPC)

        -v-                           :

                                    :                __ORDER__

GREYHOUND LINES, INC., *et al.*,        :

                                    :

                Defendants.          :

                                    :

-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On December 16, 2022, the Court granted a request to extend Defendant Greyhound Lines, Inc. ("Greyhound")'s time to answer the Complaint until January 24, 2023.  Dkt. 10.  Greyhound failed to answer by that deadline.  Plaintiff Maria Matos has also failed to file proof of service of process as to Greyhound, and has not requested the issuance of a valid summons for Defendant John Doe.  The parties are directed to file a status update by February 8, 2023.  That update should inform the Court whether service has been effected on either Defendant.  If so, Plaintiff shall also file proof of service by that date.

      SO ORDERED.

Dated: February 7, 2023
      New York, New York                          _____
                                           JOHN P. CRONAN
                                    United States District Judge